UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NICOLE E. JONES,

              Petitioner,

   v.

HOWARD C. BARRON,

              Respondent.

CASE NO. 2:23-CV-957-KKE-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation of Magistrate Judge David W. Christel and the remaining record, and notes that no objections were filed. The Court hereby finds and ORDERS:

(1)     The Court adopts the Report and Recommendation.

(2)     Petitioner's federal habeas Petition is dismissed without prejudice.

(3)     The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 9th day of April, 2024.

*[signature]*

Kymberly K. Evanson
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1